JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. DICKENSON,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JEFFREY HAGA, ET AL.,<br><br>　　　　　Defendant(s). | Case No. EDCV 18-2464-DOC (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 30, 2019

*David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge